| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 2 | JILL M. THOMAS<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2781 |





# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>ANTHONY BERNARD WILSON,<br>  aka "Cheese"<br>  Defendant. | Case No.<br>SEALING ORDER<br>(Under Seal)<br><br>2:09-MJ-0114 DAD |

The Court hereby orders the Criminal Complaint, and Arrest Warrant, in the above-referenced matter, shall be sealed until further order of the Court.

DATED: April 7, 2009

_____
DALE A. DROZD
United States Magistrate Judge