```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2781
```



**FILED**

APR 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. |
|---|---|
| Plaintiff, | ) **SEALING ORDER** |
| v. | ) (Under Seal) |
| | ) 2:09-MJ-0114 DAD |
| ANTHONY BERNARD WILSON, | ) |
| aka "Cheese" | ) |
| Defendant. | ) |

The Court hereby orders the Criminal Complaint, and Arrest Warrant, in the above-referenced matter, shall be sealed until further order of the Court.

DATED: April 7, 2009

_____
DALE A. DROZD
United States Magistrate Judge